### KARR *v.* DOWSETT.

APPEAL AND ERROR—FINDINGS OF FACT—EJECTMENT.
Judgment for plaintiffs in action for ejectment is affirmed where a review of the record does not show that the findings of the trial court on which the judgment was based are clearly erroneous (GCR 1968, 517.1).

Appeal from Wayne, Weideman (Carl M.), J. Submitted Division 1 June 4, 1968, at Detroit. (Docket No. 4,327.)   Decided June 10, 1968.

Complaint by Lester Karr and Florence Karr against Lucille Dowsett, Gladys T. Fish, Harold R. Thornton, Kenneth Bruce, Richard Bruce and Edward Bruce, for ejectment.   Judgment for plaintiffs. Defendants appeal.   Affirmed.

*Steve Polgar,* for plaintiffs.

*Dunbar Davis,* for defendants Dowsett, Fish, and Thornton.

*Brashear, Brashear & Mies,* for defendants Bruce.

PER CURIAM.   Defendants appeal from a judgment for plaintiffs in this action of ejectment.   A review of the record does not indicate the findings of the

---

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error § 839 *et seq.*

trial court on which the judgment was based are clearly erroneous. GCR 1963, 517.1 See, also, *Schneider* v. *Pomerville* (1957), 348 Mich 49; *Northwest Auto Company* v. *Mulligan Lincoln-Mercury, Inc.* (1957), 348 Mich 279; *Barnes* v. *Beck* (1957), 348 Mich 286.

Affirmed, with costs to plaintiffs.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.